# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY ALEJANDRO LOPEZ,<br><br>Defendant. | Case No. 1:14-cr-00128-SAB<br><br>ORDER DENYING STIPULATION TO APPLY PAST AND FUTURE PAYMENTS TO FINE<br><br>ECF NO. 11 |

On January 22, 2015, the parties in this action filed a stipulation regarding the disbursement of payments from Defendant Henry Alejandro Lopez ("Defendant"). (ECF No. 11.) The stipulation seeks a Court order permitting the September 15, 2014, October 6, 2014, and November 6, 2014 payments received from Defendant, totaling $1,200.00, be applied toward Defendant's fine, rather than his restitution obligation. The stipulation further asks that future payments from Defendant be first applied toward Defendant's fine before being applied toward his restitution obligation.

The parties cite no authority which allows the Court to redirect the funds received from Defendant in this matter. The disbursement of money received from Defendant is governed by statute, 18 U.S.C. § 3612(c), which states, in pertinent part:

> ...Any money received from a defendant shall be disbursed so that each of the following obligations is paid in full in the following sequence:

1

      **(1)**  A penalty assessment under section 3013 of title 18, United States Code.
      **(2)**  Restitution of all victims.
      **(3)**  All other fines, penalties, costs, and other payments required under the sentence.

Section 3612(c) leaves no discretion to the Court or the Attorney General to modify the sequence of disbursement set therein.  See <u>U.S. v. Boal</u>, 534 F.3d 965, 969 (8th Cir. 2008) (district court erred in "equitably resolving" how funds received from defendant should be distributed); <u>see also</u> <u>U.S. v. Columbia Medical Systems, Inc.</u>, No. CR05-270RSL, 2008 WL 1745664, at *1 (W.D. Wash. Apr. 11, 2008) (defendant could not direct her payments to be applied toward her fine before her restitution).

    Based upon the foregoing, the Court finds that it has no discretion to order that the funds received from Defendant be applied toward Defendant's fine before it is applied toward Defendant's restitution obligation.

    Accordingly, it is HEREBY ORDERED that the stipulation filed by the parties is DENIED.

IT IS SO ORDERED.

Dated:  **January 22, 2015**

_____
UNITED STATES MAGISTRATE JUDGE