HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
HENRY ALEJANDRO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HENRY ALEJANDRO LOPEZ, <br><br> Defendant. | Case No. 1:14-cr-00128-SAB <br><br> MOTION TO EXTEND TERM OF PROBATION PURSUANT TO 18 U.S.C. § 3564(d) and ORDER |

Defendant Henry Alejandro Lopez, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby moves pursuant to 18 U.S.C. § 3564(d) to extend Mr. Lopez's term of unsupervised probation for one year.

On August 7, 2014, Mr. Lopez pled guilty to theft of public money, a violation of 18 U.S.C. § 641.  That same date, the Court sentenced Mr. Lopez to one year of unsupervised probation.  As conditions of his probation, Mr. Lopez was ordered to: (1) pay a fine in the amount of $1,200.00; (2) pay restitution in the amount of $16,169.00; and (3) obey all laws.  With regard to the fine, Mr. Lopez was ordered to being making payments on September 5, 2014, and was ordered to pay $400.00 per month.  With regard to the restitution, Mr. Lopez was ordered to begin making payments on January 5, 2015, and was ordered to pay $200.00 per month.

Between September and November 2014, Mr. Lopez made three payments of $400.00

each.  However, in December 2014, Mr. Lopez began experiencing financial difficulties.  He lost his job and, although he was able to get occasional temp work, he did not have the ability to continue making payments on his fine and restitution.

Mr. Lopez now requests that the Court extend Mr. Lopez's term of unsupervised probation by one year, to expire August 6, 2016.  This extension will give Mr. Lopez time to resume making payments once he begins working again.

WHEREFORE, Mr. Lopez request that his term of probation extended pursuant to 18 U.S.C. § 3564(d).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 17, 2015         */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
HENRY ALEJANDRO LOPEZ

# **O R D E R**

The Court hereby grants Mr. Lopez's motion to extend his term of unsupervised probation.  Pursuant to 18 U.S.C. § 3564(d), the Court extends Mr. Lopez's term of unsupervised probation for one year, to expire August 6, 2016.  Pursuant to 18 U.S.C. § 3563(c), the Court also adds the following condition of probation: Pursuant to 18 U.S.C. § 3572(d)(3), while on probation and subject to any financial obligation of probation, Mr. Lopez shall notify the Court of any material change in his economic circumstances that might affect his ability to make his monthly payments.

IT IS SO ORDERED.

Dated:   **July 17, 2015**

UNITED STATES MAGISTRATE JUDGE