AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release - Misd.

Case 1:14-cr-00128-SAB Document 31 Filed 01/19/16 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Easter District of California




FILED
JAN 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
) Case No. 1:14-CR-00128-SAB
HENRY ALEJANDRO LOPEZ, )

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: U.S. District Court, 2500 Tulare St., Fresno, CA 93721 Before Judge Stanley A. Boone in Courtroom 9 on January 21, 2016 at 10:00 A.M.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 1/19/2016
_____
Defendant's signature

Date: 1/19/2016
_____
Judicial Officer's Signature

U.S. Magistrate Judge Stanley A. Boone
Printed name and title

cc: Defendant, U.S. Attorney, U.S. Marshal, Probation