# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-cr-00128-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| HENRY ALEJANDRO LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

        **Convicted of:**        Probation Violation/Revocation

        **Sentence Date:**        January 21, 2016

        **Review Hearing Date:**        November 3, 2016

        **Probation Expires On:**        August 6, 2018

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $17,569.00, which Total Amount is made up of a Fine: $ 1,400.00; Restitution: $ 16,169.00. (Same as original sentence)

☒     **Community Service hours Imposed of:** 120 hours, to be completed by January 21, 2017

## *COMPLIANCE:*

☐     Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒     To date, Defendant has paid a total of $4,200.00
        ☒ If not paid in full when was last time payment:    Date: 7/27/2016
                                                                                      Amount: $150.00

Defendant has made the required $50.00 monthly payment each month as ordered. In July, Defendant made a $150.00 payment in anticipation of being unable to pay in August – October. Defendant will resume regular monthly payments of $50.00 in November and continue to make such payments in compliance with the court's order.

☐     To date, Defendant has performed      hours of community service.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  *s/ Michael Tierney*

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/3/2016 at 10:00 a.m.

    ☒ be continued to 2/16/2017 at 10:00 a.m.; or

    ☐ be vacated.

☒ or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED:  10/25/2016
                              */s/ Megan T. Hopkins*
                              DEFENDANT'S COUNSEL

### O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

X   GRANTED.  The defendant's review hearing is continued to February 16, 2017 at 10:00 a.m.  Defendant is ordered to appear.  Defendant is also ordered to file a status report two weeks prior to the hearing.

☐   DENIED.

IT IS SO ORDERED.

Dated:  **October 27, 2016**
                              UNITED STATES MAGISTRATE JUDGE