# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Violation of Probation

**Name of Offender:**   **HENRY ALEJANDRO LOPEZ**      **Docket Number:**   1:14CR00128-001

**Name of Judicial Officer**:      United States Magistrate Judge Gary S. Austin

**Date of Original Sentence:**   8/7/2014; Modified on July 17, 2015, by U.S. Magistrate Judge Stanley A. Boone

**Original Offense:** 18 U.S.C. § 641- Theft of Government Property (Class A Misdemeanor)

**Original Sentence:**   12 months unsupervised probation; $1,400 fine; $16,169 in restitution; $25 special assessment (modified on July 17, 2015, to an additional year of unsupervised probation).

**Special Conditions as modified:** 1) The defendant shall obey all federal, state and local laws; 2) the defendant shall pay his financial obligations as ordered by the court; 3) the defendant shall file a status review report 14 days prior to his probation review hearing; 4) the defendant shall appear for a Probation Review Hearing on January 7, 2016.

**Type of Supervision:**     Unsupervised by Probation Office

**Date Supervision Commenced:**     8/7/2014

**Other Court Actions:**

**July 17, 2005:** Defendant's term of supervision was extended pursuant to an order by the Court.

**January 21, 2016:** The defendant admitted to violating his conditions of probation. The defendant's probation was extended to August 6, 2018, with the following conditions: 120 hours of community service to be completed by January 21, 2017; Monthly restitution payments in the amount of $50 to commence on February 15, 2016.

| Charge Number | Nature of Violation |
|---|---|
| 1. | On June 5, 2016, the defendant was arrested for a violation of Driving Under the Influence of Alcohol. The defendant was convicted under Tulare County Superior Court Case Number VCM340442 and sentenced to 36 months probation. |
| 2. | On June 28, 2016, the defendant was arrested for a violation of Vandalism. The defendant was convicted under Tulare County Superior Court Case Number VCM339032 and sentenced to 36 months probation. |

RE: **HENRY ALEJANDRO LOPEZ**                    **Docket Number:** 1:14CR00128-001


### I declare under penalty of perjury that the following is true and correct.

**EXECUTED ON:**     **February 27, 2017**
                     **Fresno, California**


                                   Respectfully submitted,
                                   */s/ Tim D Mechem*

                                   _____

                                   **TIM  MECHEM**
                                   **Supervising United States Probation Officer**
                                   Telephone: 559-499-5731

**DATED:**   2/27/2017
_____

                                   Reviewed by,
                                   */s/ Brian Bedrosian*

                                   _____

                                   **Brian Bedrosian**
                                   **Supervising United States Probation Officer**


## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐  The issuance of a warrant.

☐  The issuance of a summons (copy to Defense Counsel).

☒  Other:  A warrant is entered but deferred until his next appearance on April 6, 2017 at 10:00 am.

## FURTHER PROCEEDINGS REGARDING CUSTODY:

☐  Defendant is ordered detained, to be brought before Magistrate Judge forthwith.

☐  Initial appearance and detention hearing before Magistrate Judge.


IT IS SO ORDERED.

Dated:   **February 28, 2017**

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE


PROB 12C
                                                                              (07/13)